1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5

6  Attorney for Defendant
   HENRY MARQUEZ

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12

13  UNITED STATES OF AMERICA,      )   No. Cr.S. 06-0441-GEB
                                   )
14              Plaintiff,         )   STIPULATION AND [PROPOSED] ORDER
                                   )   CONTINUING CASE AND EXCLUDING
15     v.                          )   TIME
                                   )
16  EFRAIN MEDINA, et al.,         )   Date:  January 12, 2007
                                   )   Time:  9:00 a.m.
17              Defendant.         )   Judge: Hon. Garland E. Burrell, Jr.
                                   )
18  _____ )

19

20       **IT IS HEREBY STIPULATED** by and between Assistant United States

21  Attorney PHILLIP TALBERT, counsel for Plaintiff, and Supervising Assistant

22  Federal Defender, DENNIS S. WAKS, counsel for Defendant HENRY MARQUEZ, DWIGHT

23  M. SAMUEL, attorney for EFRAIN MEDINA, PETER KMETO, attorney for ARTHUR

24  GOMES, MICHAEL D. LONG, attorney for JAVIER MUNOZ and HAYES H. GABLE, III,

25  attorney for ANDRES MAYORGA, that the status conference scheduled for

26  December 1, 2006, be continued to January 12, 2007, for a status conference.

27  This continuance is being requested because counsel needs additional time to

28  prepare, to review discovery and to interview witnesses.  This case arises

from a long term Title III investigation involving eight court-authorized wire interception orders.  The parties anticipate that discovery could include over one thousand pages of documents and hundreds of intercepted and recorded telephone calls.

     **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from December 1, 2006, through and including January 12, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii)  and Local Code T-2, based on the complexity of this case, and 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code T-4, based on the need for defense counsel to review discovery and adequately prepare, and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.  This case has already been found to be complex by Magistrate Judge Kimberley J. Mueller.


          **IT IS SO STIPULATED**.

Dated:  November 30, 2006          DANIEL J. BRODERICK
                                   Federal Defender


                                   /S/ Dennis S. Waks
                                   DENNIS S. WAKS
                                   Supervising Assistant Federal Defender
                                   Attorney for Defendant
                                   HENRY MARQUEZ

Dated:  November 28, 2006
                                   /s/ Dennis S. Waks for

                                   _____
                                   DWIGHT M. SAMUEL
                                   Attorney for EFRAIN MEDINA


Dated:  November 28, 2006
                                   /s/ Dennis S. Waks for

                                   _____
                                   PETER KMETO
                                   Attorney for ARTHUR GOMES
Dated:  November 28, 2006

                                   /s/ Dennis S. Waks for

Stipulation and Order              2

1

2

MICHAEL D. LONG
Attorney for JAVIER MUNOZ

Dated:   November 28, 2006

3

/s/ Dennis S. Waks for

4

HAYES H. GABLE, III
Attorney for ANDRES MAYORGA

5

6

McGREGOR W. SCOTT
United States Attorney

7

8

Dated:   November 28 2006

9

/S/ DENNIS S. WAKS for Phillip Talbert
PHILLIP TALBERT
Assistant United States Attorney

10

Counsel for Plaintiff

11

12

**O R D E R**

13

**IT IS SO ORDERED.**

14

Dated:   December 4, 2006

15

16

17

GARLAND E. BURRELL, JR.
United States District Judge

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                3