DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
HENRY MARQUEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S. 06-0441-GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING CASE AND EXCLUDING |
| v. | ) | TIME |
| | ) | |
| EFRAIN MEDINA, et al., | ) | Date:  February 9, 2007 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States

Attorney PHILLIP TALBERT, counsel for Plaintiff, and Supervising Assistant

Federal Defender, DENNIS S. WAKS, counsel for Defendant HENRY MARQUEZ, DWIGHT

M. SAMUEL, attorney for EFRAIN MEDINA, PETER KMETO, attorney for ARTHUR

GOMES, MICHAEL D. LONG, attorney for JAVIER MUNOZ and HAYES H. GABLE, III,

attorney for ANDRES MAYORGA, that the status conference scheduled for January

12, 2007, be continued to February 9, 2007, for a status conference.  This

continuance is being requested because counsel needs additional time to

prepare, to review discovery and to interview witnesses.  This case arises

1    from a long term Title III investigation involving eight court-authorized

2    wire interception orders.   The parties anticipate that discovery could

3    include over one thousand pages of documents and hundreds of intercepted and

4    recorded telephone calls.

5        **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act

6    be excluded from January 12, 2007, through and including February 9, 2007,

7    pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii)  and Local Code T-2, based on the

8    complexity of this case, and 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-

9    4, based on the need for defense counsel to review discovery and adequately

10   prepare, and based on a finding by the Court that the ends of justice served

11   by granting a continuance outweigh the best interest of the public and

12   defendant in a speedy trial.   This case has already been found to be complex

13   by Magistrate Judge Kimberley J. Mueller.

14

15        **IT IS SO STIPULATED.**

16   Dated:   January 8, 2007                      DANIEL J. BRODERICK
                                                    Federal Defender
17

18                                                  /S/ Dennis S. Waks
19                                                  DENNIS S. WAKS
                                                    Supervising Assistant Federal Defender
20                                                  Attorney for Defendant
                                                    HENRY MARQUEZ
21   Dated:   January 8, 2007
22                                                  /s/ Dennis S. Waks for

23                                                  DWIGHT M. SAMUEL
                                                    Attorney for EFRAIN MEDINA
24

25   Dated:   January 8, 2007
                                                    /s/ Dennis S. Waks for
26

27   Dated:   January 8, 2007                       PETER KMETO
                                                    Attorney for ARTHUR GOMES
28
                                                    /s/ Dennis S. Waks for

Stipulation and Order                2

1

2
_____     _____
                                      MICHAEL D. LONG
                                      Attorney for JAVIER MUNOZ
3    Dated:   January 8, 2007

                                      /s/ Dennis S. Waks for
4
                                      _____
5    _____     HAYES H. GABLE, III
                                      Attorney for ANDRES MAYORGA

6
                                      McGREGOR W. SCOTT
7                                      United States Attorney

8
     Dated:   January 8, 2007          /S/ DENNIS S. WAKS for Phillip Talbert
9                                      PHILLIP TALBERT
                                      Assistant United States Attorney
10                                     Counsel for Plaintiff

11

12                                   **O R D E R**

13          **IT IS SO ORDERED.**

14
     Dated:   January 9, 2007
15

16
                              _____
17                            GARLAND E. BURRELL, JR.
                              United States District Judge
18

19

20

21

22

23

24

25

26

27

28