```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
HENRY MARQUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | No. Cr.S. 06-0441-GEB |
| ) | |
| Plaintiff,  ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING CASE AND EXCLUDING |
| v.           ) | TIME |
| ) | |
| EFRAIN MEDINA, et al.,          ) | Date: April 6, 2007 |
| ) | Time: 9:00 a.m. |
| Defendant.  ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney PHILLIP TALBERT, counsel for Plaintiff, and Supervising Assistant Federal Defender, DENNIS S. WAKS, counsel for Defendant HENRY MARQUEZ, DWIGHT M. SAMUEL, attorney for EFRAIN MEDINA, PETER KMETO, attorney for ARTHUR GOMES, MICHAEL D. LONG, attorney for JAVIER MUNOZ and HAYES H. GABLE, III, attorney for ANDRES MAYORGA, that the status conference scheduled for February 9, 2007, be continued to April 6, 2007, for a status conference. This continuance is being requested because counsel needs additional time to prepare, to review discovery and to interview witnesses.  This case arises

from a long term Title III investigation involving eight court-authorized wire interception orders.  The parties anticipate that discovery could include over one thousand pages of documents and hundreds of intercepted and recorded telephone calls.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from February 9, 2007, through and including April 6, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii)  and Local Code T-2, based on the complexity of this case, and 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4, based on the need for defense counsel to review discovery and adequately prepare, and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.  This case has already been found to be complex by Magistrate Judge Kimberley J. Mueller.

**IT IS SO STIPULATED.**

Dated:  February 7, 2007          DANIEL J. BRODERICK
                                  Federal Defender


                                  /S/ Dennis S. Waks
                                  DENNIS S. WAKS
                                  Supervising Assistant Federal Defender
                                  Attorney for Defendant
                                  HENRY MARQUEZ

Dated:  February 7, 2007
                                  /s/ Dennis S. Waks for

                                  _____
                                  DWIGHT M. SAMUEL
                                  Attorney for EFRAIN MEDINA


Dated:  February 7, 2007
                                  /s/ Dennis S. Waks for

                                  _____
                                  PETER KMETO
                                  Attorney for ARTHUR GOMES
Dated:  February 7, 2007

                                  /s/ Dennis S. Waks for

Stipulation and Order              2

```
                                    _____
                                    MICHAEL D. LONG
                                    Attorney for JAVIER MUNOZ
Dated:  February 7, 2007

                                    /s/ Dennis S. Waks for
                                    _____
                                    HAYES H. GABLE, III
                                    Attorney for ANDRES MAYORGA


                                    McGREGOR W. SCOTT
                                    United States Attorney


Dated:  February 7, 2007            /S/ DENNIS S. WAKS for Phillip Talbert
                                    PHILLIP TALBERT
                                    Assistant United States Attorney
                                    Counsel for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

Dated: February 9, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge