```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
HENRY MARQUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S. 06-0441-GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING CASE AND EXCLUDING |
| v. ) | TIME |
| ) | |
| EFRAIN MEDINA, et al., ) | Date: May 18, 2007 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney PHILLIP TALBERT, counsel for Plaintiff, and Supervising Assistant Federal Defender, DENNIS S. WAKS, counsel for Defendant HENRY MARQUEZ, DWIGHT M. SAMUEL, attorney for EFRAIN MEDINA, PETER KMETO, attorney for ARTHUR GOMES, MICHAEL D. LONG, attorney for JAVIER MUNOZ, HAYES H. GABLE, III, attorney for ANDRES MAYORGA and ADAM D. FEIN, attorney for DONALD HAYLES, that the status conference scheduled for April 6, 2007, be continued to May 18, 2007, for a status conference.  This continuance is being requested because counsel needs additional time to prepare, to review discovery and to

1 interview witnesses.  This case arises from a long term Title III
2 investigation involving eight court-authorized wire interception orders.  The
3 parties anticipate that discovery could include over one thousand pages of
4 documents and hundreds of intercepted and recorded telephone calls.

5 **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act
6 be excluded from April 6, 2007, through and including May 18, 2007, pursuant
7 to 18 U.S.C. § 3161(h)(8)(B)(ii)  and Local Code T-2, based on the complexity
8 of this case, and 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4, based on
9 the need for defense counsel to review discovery and adequately prepare, and
10 based on a finding by the Court that the ends of justice served by granting a
11 continuance outweigh the best interest of the public and defendant in a
12 speedy trial.  This case has already been found to be complex by Magistrate
13 Judge Kimberley J. Mueller.

**IT IS SO STIPULATED.**

```
Dated: April 3, 2007                DANIEL J. BRODERICK
                                    Federal Defender


                                    /S/ Dennis S. Waks
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    HENRY MARQUEZ

Dated: April 3, 2007
                                    /s/ Dennis S. Waks for

                                    DWIGHT M. SAMUEL
                                    Attorney for EFRAIN MEDINA


Dated: April 3, 2007
                                    /s/ Dennis S. Waks for

                                    PETER KMETO
                                    Attorney for ARTHUR GOMES
Dated: April 3, 2007

                                    /s/ Dennis S. Waks for
```

Stipulation and Order                2

```
                                    _____
                                    MICHAEL D. LONG
                                    Attorney for JAVIER MUNOZ
Dated:  April 3, 2007

                                    /s/ Dennis S. Waks for
                                    _____
                                    HAYES H. GABLE, III
                                    Attorney for ANDRES MAYORGA

Dated:  April 3, 2007
                                    /s/ Adam D. Fein
                                    _____
                                    ADAM D. FEIN
                                    Attorney for DONALD HAYLES


                                    McGREGOR W. SCOTT
                                    United States Attorney


Dated:  April 3, 2007               /S/ DENNIS S. WAKS for Phillip Talbert
                                    PHILLIP TALBERT
                                    Assistant United States Attorney
                                    Counsel for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

Dated:  April 4, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                    3