```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
HENRY MARQUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S. 06-0441-GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING CASE AND EXCLUDING |
| v. ) | TIME |
| ) | |
| EFRAIN MEDINA, et al., ) | Date:  June 29, 2007 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney PHILLIP TALBERT, counsel for Plaintiff, and Supervising Assistant Federal Defender, DENNIS S. WAKS, counsel for Defendant HENRY MARQUEZ, DWIGHT M. SAMUEL, attorney for EFRAIN MEDINA, PETER KMETO, attorney for ARTHUR GOMES, MICHAEL D. LONG, attorney for JAVIER MUNOZ, HAYES H. GABLE, III, attorney for ANDRES MAYORGA and ADAM D. FEIN, attorney for DONALD HAYLES, that the status conference scheduled for May 18, 2007, be continued to June 29, 2007, for a status conference.  This continuance is being requested because counsel needs additional time to prepare, to review discovery and to

interview witnesses.  This case arises from a long term Title III investigation involving eight court-authorized wire interception orders.  The parties anticipate that discovery could include over one thousand pages of documents and hundreds of intercepted and recorded telephone calls.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from May 18, 2007, through and including June 29, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii)  and Local Code T-2, based on the complexity of this case, and 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4, based on the need for defense counsel to review discovery and adequately prepare, and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.  This case has already been found to be complex by Magistrate Judge Kimberley J. Mueller.

**IT IS SO STIPULATED.**

Dated:  May 11, 2007                    DANIEL J. BRODERICK
                                        Federal Defender


                                        /S/ Dennis S. Waks
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal Defender
                                        Attorney for Defendant
                                        HENRY MARQUEZ

Dated:  May 11, 2007
                                        /s/ Dennis S. Waks for

                                        _____
                                        DWIGHT M. SAMUEL
                                        Attorney for EFRAIN MEDINA

Dated:  May 11, 2007
                                        /s/ Dennis S. Waks for

                                        _____
                                        PETER KMETO
                                        Attorney for ARTHUR GOMES
Dated:  May 11, 2007

                                        /s/ Dennis S. Waks for

Stipulation and Order                   2

```
                                        ─────────────────────────────────
                                        MICHAEL D. LONG
                                        Attorney for JAVIER MUNOZ
Dated:  May 11, 2007

                                        /s/ Dennis S. Waks for
                                        ─────────────────────────────────
                                        HAYES H. GABLE, III
                                        Attorney for ANDRES MAYORGA

Dated:  May 11, 2007
                                        /s/ Adam D. Fein
                                        ─────────────────────────────────
                                        ADAM D. FEIN
                                        Attorney for DONALD HAYLES


                                        McGREGOR W. SCOTT
                                        United States Attorney


Dated:  May 11, 2007                    /S/ DENNIS S. WAKS for Phillip Talbert
                                        PHILLIP TALBERT
                                        Assistant United States Attorney
                                        Counsel for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

Dated: May 17, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge