1   DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
2   Dennis S. Waks, Bar #142581
    Supervising Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5

    Attorney for Defendant
6   HENRY MARQUEZ

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,       )   No. Cr.S. 06-0441-GEB
                                    )
13                  Plaintiff,      )   STIPULATION AND [PROPOSED] ORDER
                                    )   CONTINUING CASE AND EXCLUDING
14       v.                         )   TIME
                                    )
15  EFRAIN MEDINA, et al.,          )   Date:  September 14, 2007
                                    )   Time:  9:00 a.m.
16                  Defendant.      )   Judge: Hon. Garland E. Burrell, Jr.
                                    )
17  _____ )

18
            IT IS HEREBY STIPULATED by and between Assistant United States
19
    Attorney PHILLIP TALBERT, counsel for Plaintiff, and Supervising Assistant
20
    Federal Defender, DENNIS S. WAKS, counsel for Defendant HENRY MARQUEZ, DWIGHT
21
    M. SAMUEL, attorney for EFRAIN MEDINA, PETER KMETO, attorney for ARTHUR
22
    GOMES, MICHAEL D. LONG, attorney for JAVIER MUNOZ, HAYES H. GABLE, III,
23
    attorney for ANDRES MAYORGA and ADAM D. FEIN, attorney for DONALD HAYLES,
24
    that the status conference scheduled for August 17, 2007, be continued to
25
    September 14, 2007, for a status conference.  This continuance is being
26
    requested because counsel needs additional time to prepare, to review
27
    discovery and to interview witnesses.  This case arises from a long term
28
    Title III investigation involving eight court-authorized wire interception

1  orders.  The parties anticipate that discovery could include over one

2  thousand pages of documents and hundreds of intercepted and recorded

3  telephone calls.

4       **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act

5  be excluded from August 17, 2007, through and including September 14, 2007,

6  pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii)  and Local Code T-2, based on the

7  complexity of this case, and 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-

8  4, based on the need for defense counsel to review discovery and adequately

9  prepare, and based on a finding by the Court that the ends of justice served

10  by granting a continuance outweigh the best interest of the public and

11  defendant in a speedy trial.  This case has already been found to be complex

   by Magistrate Judge Kimberley J. Mueller.

12

13       **IT IS SO STIPULATED.**

14  Dated:  August 14, 2007              DANIEL J. BRODERICK
                                         Federal Defender
15

16                                       /S/ Dennis S. Waks
                                         DENNIS S. WAKS
17                                       Supervising Assistant Federal Defender
                                         Attorney for Defendant
18                                       HENRY MARQUEZ

19  Dated:  August 14, 2007

20                                       /s/ Dennis S. Waks for

21                                       _____
                                         DWIGHT M. SAMUEL
                                         Attorney for EFRAIN MEDINA
22  Dated:  August 14, 2007

23                                       /s/ Dennis S. Waks for

24                                       _____
                                         PETER KMETO
                                         Attorney for ARTHUR GOMES
    Dated:  August 14, 2007
25

26                                       /s/ Dennis S. Waks for

                                         _____
27                                       MICHAEL D. LONG
                                         Attorney for JAVIER MUNOZ
    Dated:  August 14, 2007

28
                                         /s/ Dennis S. Waks for

    Stipulation and Order              2

1
2
                                             HAYES H. GABLE, III
                                             Attorney for ANDRES MAYORGA

3 Dated:  August 14, 2007

                                             /s/ Adam D. Fein

4
                                             ADAM D. FEIN
5                                              Attorney for DONALD HAYLES

6
                                             McGREGOR W. SCOTT
7                                            United States Attorney

8 August 14, 2007                     /S/ DENNIS S. WAKS for Phillip Talbert
9                                              PHILLIP TALBERT
                                             Assistant United States Attorney
10                                              Counsel for Plaintiff

11                                 **O R D E R**

12         **IT IS SO ORDERED.**

13 Dated:  August 22, 2007

14

15

16                                              GARLAND E. BURRELL, JR.
                                           United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order             3