DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
HENRY MARQUEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S. 06-0441-GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING CASE AND EXCLUDING |
| v. ) | TIME |
| ) | |
| EFRAIN MEDINA, et al., ) | Date:  November 30, 2007 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney PHILLIP TALBERT, counsel for Plaintiff, and Supervising Assistant Federal Defender, DENNIS S. WAKS, counsel for Defendant HENRY MARQUEZ, DWIGHT M. SAMUEL, attorney for EFRAIN MEDINA, PETER KMETO, attorney for ARTHUR GOMES, MICHAEL D. LONG, attorney for JAVIER MUNOZ, HAYES H. GABLE, III, attorney for ANDRES MAYORGA and ADAM D. FEIN, attorney for DONALD HAYLES, that the status conference scheduled for October 12, 2007, be continued to November 30, 2007, for a status conference.  This continuance is being requested because counsel needs additional time to prepare, to review discovery and to interview witnesses.  This case arises from a long term Title III investigation involving eight court-authorized wire interception

1 orders.  The parties anticipate that discovery could include over one
2 thousand pages of documents and hundreds of intercepted and recorded
3 telephone calls.

4     **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act
5 be excluded from October 12, 2007, through and including November 30, 2007,
6 pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii)  and Local Code T-2, based on the
7 complexity of this case, and 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4,
8 based on the need for defense counsel to review discovery and adequately
9 prepare, and based on a finding by the Court that the ends of justice served
10 by granting a continuance outweigh the best interest of the public and
11 defendant in a speedy trial.  This case has already been found to be complex
12 by Magistrate Judge Kimberley J. Mueller.

13     **IT IS SO STIPULATED.**

Dated: October 10, 2007    DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
HENRY MARQUEZ

Dated: October 10, 2007

/s/ Dennis S. Waks for

DWIGHT M. SAMUEL
Attorney for EFRAIN MEDINA

Dated: October 10, 2007

/s/ Dennis S. Waks for

PETER KMETO
Attorney for ARTHUR GOMES

Dated: October 10, 2007

/s/ Dennis S. Waks for

MICHAEL D. LONG
Attorney for JAVIER MUNOZ

Dated: October 10, 2007

/s/ Dennis S. Waks for

Stipulation and Order    2

```
                                    _____
                                    HAYES H. GABLE, III
                                    Attorney for ANDRES MAYORGA

Dated:  October 10, 2007
                                    /s/ Adam D. Fein
                                    _____
                                    ADAM D. FEIN
                                    Attorney for DONALD HAYLES


                                    McGREGOR W. SCOTT
                                    United States Attorney


Dated:  October 10, 2007        ____ /S/ DENNIS S. WAKS for Phillip Talbert
                                    PHILLIP TALBERT
                                    Assistant United States Attorney
                                    Counsel for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

Dated:  October 19, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                3