DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
HENRY MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. Cr.S. 06-0441-GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| v. | ) | |
| EFRAIN MEDINA, et al., | ) | Date: January 11, 2008 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney PHILLIP TALBERT, counsel for Plaintiff, and Supervising Assistant Federal Defender, DENNIS S. WAKS, counsel for Defendant HENRY MARQUEZ, MICHAEL D. LONG, attorney for JAVIER MUNOZ, HAYES H. GABLE, III, attorney for ANDRES MAYORGA and ADAM D. FEIN, attorney for DONALD HAYLES, that the status conference scheduled for November 30, 2007, be continued to January 11, 2008, for a status conference.  This continuance is being requested because counsel needs additional time to prepare, to review discovery and to interview witnesses.  This case arises from a long term Title III investigation involving eight court-authorized wire interception orders.  The parties anticipate that discovery could include over one thousand pages of documents

and hundreds of intercepted and recorded telephone calls.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from November 30, 2007, through and including January 11, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code T-2, based on the complexity of this case, and 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4, based on the need for defense counsel to review discovery and adequately prepare, and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.  This case has already been found to be complex by Magistrate Judge Kimberley J. Mueller.

**IT IS SO STIPULATED.**

Dated:  November 27, 2007             DANIEL J. BRODERICK
                                      Federal Defender


                                      /S/ Dennis S. Waks
                                      DENNIS S. WAKS
                                      Supervising Assistant Federal Defender
                                      Attorney for Defendant
                                      HENRY MARQUEZ
Dated:  November 27, 2007

                                      /s/ Dennis S. Waks for

                                      MICHAEL D. LONG
                                      Attorney for JAVIER MUNOZ

Stipulation and Order                 2

```
Dated:   November 27, 2007

                                    /s/ Dennis S. Waks for
                                    _____
                                    HAYES H. GABLE, III
                                    Attorney for ANDRES MAYORGA

Dated:   November 27, 2007
                                    /s/ Dennis S. Waks for
                                    _____
                                    ADAM D. FEIN
                                    Attorney for DONALD HAYLES


                                    McGREGOR W. SCOTT
                                    United States Attorney


Dated:   November 27, 2007          /S/ DENNIS S. WAKS for Phillip Talbert
                                    PHILLIP TALBERT
                                    Assistant United States Attorney
                                    Counsel for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

Dated: November 29, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                    3