1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988

5  Attorney for Defendant
   ANDRES MAYORGA

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,     Cr. S-06-441 GEB

13 |         Plaintiff,            **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**

14 |   vs.

15 | **ANDRES MAYORGA,**

16 |         Defendant(s).          Hon. Garland E. Burrell, Jr.

17

18                       **STIPULATION**

19     Plaintiff, United States of America, by and through its counsel, Assistant United States

20 Attorney Jill Thomas, and defendant Andres Mayorga, by and through his counsel, Hayes H.

21 Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned action,

22 March 21, 2008, and to continue the matter to April 4, 2008, at 9:00 a.m., for status conference.

23     The reason for this continuance is that the government and defendant continue to

24 negotiate a resolution of this case and the additional time is necessary to complete these

25 negotiations.  The parties further agree and stipulate that the period for the filing of this

26 stipulation until April 4, 2008, should be excluded in computing time for commencement of trial

27 under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161 (h) (8) (B)

28 (iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for

   effective presentation.

It is further agreed and stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing trial within 70 days.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

DATE: March 20, 2008

        s/Hayes H. Gable, III
**HAYES H. GABLE, III**
Attorney for Defendant
**ANDRES MAYORGA**

DATE: March 20, 2008

        s/Hayes H. Gable, III for
**JILL THOMAS**
Asst. U.S. Attorney

### ORDER FINDING EXCLUDABLE TIME

For the reasons set forth in the accompanying stipulation and declaration of counsel filed under seal, the status conference in the above-entitled action is continued to April 4, 2008 at 9:00 a.m. The court finds excludable time in this matter from March 21, 2008, through April 4, 2008, under 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: March 20, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge