```
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,        )
                                 )     2:06-cr-00441-GEB
          Plaintiff,             )
                                 )
     v.                          )     RELATED CASE ORDER
                                 )
EFRAIN MEDINA, et al.,           )
                                 )
          Defendants.            )
_____)
UNITED STATES OF AMERICA,        )
                                 )     2:11-cr-00091-WBS
          Plaintiff,             )
                                 )
     v.                          )
                                 )
LEON BALDWIN, et al.,            )
                                 )
          Defendants.            )
_____)
```

On February 24, 2011, the United States of America filed a "Notice of Related Cases" in which it states:

> The [above-captioned] matters are related within the meaning of Eastern District of California Local Rule 123. In particular, the Indictment in Case No. CR-S-06-441 GEB charges Efrain MEDINA and a large number of defendants with a large-scale conspiracy to distribute and possess with intent to distribute methamphetamine, heroin, MDMA and cocaine. Many of the defendants have pled guilty in front of Judge Burrell, and some of those defendants were sentenced pursuant to U.S.S.G. § 5K1.1. A large portion of the evidence in Case No. CR-S-06-441 GEB arose from wiretaps authorized by Judge Burrell. The abovecaptioned case, 11-CR-0091 WBS and Criminal Case No. CR-S-06-441 GEB involve some of the same parties and both cases involve similar questions of fact and law. The two matters are

1

>     therefore related within the meaning of Local Rule
>     123. In addition, the matters are related because
>     there would be a substantial duplication of labor
>     if the actions were heard by different District
>     Judges.

(ECF No. 357, 1:27-2:13.)

The above-entitled actions are related within the meaning of Local Rule 123. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned. Therefore, action No. 2:11-cr-00091 is reassigned to the undersigned judge for all further proceedings, and the caption on the reassigned case shall show the initials "GEB." Further, any dates currently set in the reassigned case are VACATED. The Clerk shall make an appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated:  February 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge